**EXHIBIT 2:** INFRINGEMENT #1
URL:
https://instagram.com/stories/gigihadid/2421570422951512212?utm_source=ig_story_item_share&igshid=65sczz165oe1

