UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ULICES RAMALES

                        Plaintiff,

- against -

JELENA NOURA "GIGI" HADID

                        Defendant.

Docket No. 1:23-cv-07060-NRB

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the declaration of James H. Freeman and exhibits attached thereto, the Memorandum of Law, and the pleadings and prior proceedings herein; Plaintiff Ulices Ramales will move the Court, before the Honorable Naomi R. Buchwald (U.S.D.J.) at the United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, at a time and place determined by the Court for an Order GRANTING Plaintiff's application for default judgment pursuant to Fed.R.Civ.P. 55(b)(2) and L.R. 55.2 in the amount of $30,000.00 in statutory damages under 17 U.S.C. § 504(c); $1140.00 in fees and $440.00 costs under 17 U.S.C. §505, and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, as per L.R. 55.2(c), Defendant's opposition papers, if any, must be served within 14 days after service of these motion papers upon Defendant via its last known business address by U.S. Mail.

Respectfully Submitted,

SANDERS LAW GROUP

**s/jameshfreeman/**
James H. Freeman, Esq.
333 Earle Ovington Blvd., Ste. 402
Uniondale, NY 11553
(516) 203-7600
jfreeman@sanderslaw.group

*Counsel for Plaintiff*

TO:

JELENA NOURA "GIGI" HADID
10 Bond Street,
New York, NY 10012

*Defendant*