# **EXHIBIT 3**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ULICES RAMALES

                Plaintiff,

- against -

JELENA NOURA "GIGI" HADID

                Defendant.

Docket No. 1:23-cv-07060-NRB

## CLERK'S CERTIFICATE OF DEFAULT

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 10, 2023 with the filing of a summons and complaint.  On August 31, 2023, a copy of the summons and complaint was served on defendant Jelena Noura "Gigi" Hadid ("Defendant") by serving Alma H. (Concierge), a person authorized to accept service on Defendant's behalf at Defendant's residential building.  Proof of service was therefore filed on September 5, 2023. [Dkt No. 8]  I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein.  The default of the defendant is hereby noted.

Dated: New York, NY

      December 22    , 2023

                                    RUBY J. KRAJICK
                                    Clerk of Court

                By: _____
                                    Deputy Clerk