**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ULICES RAMALES,

                Plaintiff,

                                                              23 **CIVIL** 7060 (NRB)

          -against-                                        **DEFAULT JUDGMENT**

JELENA NOURA "GIGI" HADID,

                Defendant.
----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Amended Memorandum and Order dated October 23, 2024, plaintiff's motion for default judgment is GRANTED and award damages for violation of the Copyright Act in the principal amount of $3,000, plus post-judgment interest to be calculated from the date of entry of this judgment at the rate set forth in 28 U.S.C. § 1961. The plaintiff is further granted $1,440 in attorneys' fees and $440 in costs. Judgment is hereby entered in favor of the Plaintiff and the case is closed.

**DATED**: New York, New York
             October 23, 2024

                                                      **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                                  **BY**: _____
                                          **Deputy Clerk**